CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 0 9 2005

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHECK 'n GO OF VIRGINIA, INC., <br> Plaintiff, | ) <br> ) <br> ) |
| v. | )    Civil Action No. 6:04-CV-00050 <br> ) |
| THOMAS LASERRE, JR., et al., <br> Defendants. | )   By:   Michael F. Urbanski <br> )        United States Magistrate Judge |

### FINAL JUDGMENT AND ORDER

For reasons stated in the accompanying Memorandum Opinion filed this day, it is hereby **ADJUDGED** and **ORDERED** that judgment in this case is hereby entered in favor of the defendants. Accordingly, the case is **DISMISSED.**

The Clerk is directed to **STRIKE** this case from the docket, and further directed to send certified copies of this Order and accompanying Memorandum Opinion to all counsel of record.

Enter this 9th day of August, 2005.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States Magistrate Judge